| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Rachele R. Byrd (190634)<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>750 B Street, Suite 1820, San Diego, CA 92101<br>Tel: 619-239-4599; Fax: 619-234-4599 | |
| ATTORNEY(S) FOR: Plaintiff Shiva Stein | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Shiva Stein | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| Anworth Mortgage Asset Corporation, Joseph E. McAdams, Joe E. Davis, Robert C. Davis, Mark S. Maron, Lloyd McAdams, and Dominique Mielle | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Shiva Stein_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Shiva Stein | Plaintiff |
| Anworth Mortgage Asset Corporation<br>Joseph E. McAdams<br>Joe E. Davis<br>Robert C. Davis<br>Mark S. Maron<br>Lloyd McAdams<br>Dominique Mielle | Defendants |

| 1/7/2021 | /s/ Rachele R. Byrd |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Shiva Stein